1060

No. 89-5904.   MARTINEZ v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89-5914.   TORRES v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89-6040.   MORALES v. OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Certiorari denied.

No. 89-6088.   WALKER v. JONES, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 89-6089.   BROWN v. JOHNSON, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89-6121.   WASHINGTON v. BUMGARNER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89-6124.   FERENC v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89-6125.   CLARK v. COUNTY OF GARFIELD, COLORADO. C. A. 10th Cir.   Certiorari denied.

No. 89-6127.   COLE v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 89-6131.   CLARK v. DUGGER, DIRECTOR, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 89-6142.   POOLE v. OHIO.   Ct. App. Ohio, Allen County. Certiorari denied.

No. 89-6147.   WILLIS v. FIRST BANK NATIONAL ASSN. ET AL. C. A. 6th Cir.   Certiorari denied.

No. 89-6149.   HILLIARD v. BUTLER, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 89-6159.   RANDALL v. MARYLAND.   C. A. 4th Cir.   Certiorari denied.